Case 1:25-cv-23959-EA   Document 1-1   Entered on FLSD Docket 09/02/2025   Page 1 of 34

EXHIBIT A

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

**I.        CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE <u>ELEVENTH</u>  JUDICIAL CIRCUIT, IN AND FOR <u>MIAMI-DADE</u>  COUNTY, FLORIDA

<u>Darline Michel</u>
Plaintiff

Case # _____

Judge _____

vs.

<u>COSTCO WHOLESALE CORPORATION</u>
Defendant

---

**II.       AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

**III.      TYPE OF CASE**      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☒ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

- 2 -

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**     **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.**     **NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

    <u>1</u>

**VI.**     **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.**     **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.**     **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.**     **DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Sofia Tarafa Jordi</u>          Fla. Bar # <u>123702</u>
        Attorney or party                 (Bar # if attorney)

<u>Sofia Tarafa Jordi</u>             <u>08/01/2025</u>
  (type or print name)             Date

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

Filing # 228575861 E-Filed 08/01/2025 04:03:50 PM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

**DARLINE MICHEL,**

Plaintiff,

v.

**COSTCO WHOLESALE CORPORATION CORPORATION,**

Defendant.

_____/

GENERAL JURISDICTION
DIVISION

CASE NO.:

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, **DARLINE MICHEL**, by and through the undersigned counsel, hereby sues

the Defendant, **COSTCO WHOLESALE CORPORATION** and alleges:

1.      This is an action for damages which exceeds Fifty Thousand Dollars ($50,000.00)

exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

2.      At all times material hereto, the Plaintiff, **DARLINE MICHEL**, was and is a

resident of Miami-Dade County, Florida, and is otherwise *sui juris*.

3.      At all times material hereto, the Defendant, **COSTCO WHOLESALE**

**CORPORATION,** was and is a Florida Corporation organized under the Laws of the State of

Florida and doing business in North Miami, Miami-Dade County, Florida.

4.      Venue is proper in this County in that the Defendant does business in Miami-Dade

County, Florida, and/or all of the acts complained of herein occurred in Miami-Dade County,

Florida.

5.      That on or about August 2, 2024, the Plaintiff, **DARLINE MICHEL**, was a

business invitee of the Defendant, **COSTCO WHOLESALE CORPORATION**'s premises

located at 14800 Sole Mia Way, North Miami, FL 33181.

## COUNT I - NEGLIGENCE CLAIM AGAINST COSTCO WHOLESALE CORPORATION

Plaintiff re-alleges and restates the allegations in paragraphs 1 through 5 as if fully set forth herein.

6.    That at all times material hereto, and specifically on August 2, 2024, Defendant, **COSTCO WHOLESALE CORPORATION**, owned, managed, controlled, operated, and/or maintained the premises located at 14800 Sole Mia Way, North Miami, 33181, in Miami-Dade County.

7.    That on or about August 2, 2024, the Plaintiff, **DARLINE MICHEL,** was lawfully in Defendant, **COSTCO WHOLESALE CORPORATION's** premises, when she slipped and fell due to water and/or similar substance that had accumulated on the floor.

8.    That the Defendant owed to its business invitees a duty to provide a reasonably safe environment.

9.    That the Defendant, its agents, servants or employees, breached its duty owed to the Plaintiff by negligently maintaining its premises in the following manner:

a.    By failing to maintain the floor of the premises in a reasonably safe condition, to wit, allowing liquids such as **water** and/or other substances to accumulate on the floor, and to prevent dangerous conditions from occurring; and/or

b.    By failing to warn of the dangerous condition that existed at the time of the Plaintiff's incident; and/or

c.    Failing to place barricades, wet floor signs, or other marking devices utilized to alert customers such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's incident; and/or

- 2 -

d. By failing to remove said **water** or other similar substance from the floor of the premises; and/or

e. By failing to correct the hazardous condition of the premises when the Defendant knew or should have known that the general public visits said premises and specifically the Plaintiff herein; and/or

f. Was otherwise negligent in the care, maintenance, and upkeep of the premises, and specifically by allowing water and/or a similar substance to be left on the floor of the premises so as to cause the Plaintiff's injury.

10. That the Defendant knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff, and the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it; and/or

11. That the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff occurred with such frequency that owner should have known of its existence.

12. As a direct and proximate result of the aforementioned negligence of the Defendant, **COSTCO WHOLESALE CORPORATION**, the Plaintiff, **DARLINE MICHEL**, slipped on a liquid substance and/or a similar substance that had accumulated on the floor and sustained severe, grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a pre-existing condition, and further incurred hospital bills, medical bills, and/or other bills as a result

- 3 -

of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff, **Darline  Michel** will suffer the losses into the future.

WHEREFORE, Plaintiff, **DARLINE MICHEL**, hereby demands judgment for damages, costs and interest from the Defendant, **COSTCO WHOLESALE CORPORATION,** together with whatever other relief the Court deems just and appropriate.

## DEMAND FOR JURY TRIAL

The Plaintiff, **DARLINE MICHEL,** hereby demands trial by jury of all issues so triable as a matter of right.

Dated: August 1st, 2025

**RUBENSTEIN LAW, P.A.**
Attorneys for Plaintiff
9130 S Dadeland Blvd
Miami, Florida 33156
Phone: (305) 661-6000
Fax: (305) 670-7555
Email: sjordi@rubensteinlaw.com
        cfernandez@rubensteinlaw.com
        eservice@rubensteinlaw.com

By:     /s/ *Sofia Jordi*
        **SOFIA JORDI**
        Florida Bar No.: 123702

Filing # 228575861 E-Filed 08/01/2025 04:03:50 PM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

**DARLINE MICHEL,**

      Plaintiff

v.

**COSTCO WHOLESALE CORPORATION,**       GENERAL JURISDICTION
                                        DIVISION

      Defendant.

                                                       CASE NO.:

_____/

<u>**PLAINTIFF'S NOTICE OF SERVING INITIAL DISCOVERY DISCLOSURES IN
COMPLIANCE WITH FLORIDA RULE OF CIVIL PROCEDURE 1.280(a)**</u>

COMES NOW, the Plaintiff, **DARLINE MICHEL**, by and through the undersigned

counsel, and hereby provides Notice of Serving Initial Discovery Disclosures in Compliance with

Florida Rule of Civil Procedure 1.280(a).  Plaintiff's Initial Discovery Disclosures are being served

upon the Defendant with the Summons and Complaint of this matter.

Dated this 1st day of August, 2025.

                                        **RUBENSTEIN LAW, P.A.**
                                        Attorneys for Plaintiff
                                        9130 S Dadeland Blvd
                                        Miami, Florida 33156
                                        Tel: (305) 661-6000
                                        Fax: (305) 670-7555
                                        Email: sjordi@rubensteinlaw.com
                                                     cfernandez@rubensteinlaw.com
                                                     eservice@rubensteinlaw.com
                                    By:  _/s/ Sofia Jordi_
                                        **SOFIA JORDI**
                                        Florida Bar No.: 123702

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

Filing # 228575861 E-Filed 08/01/2025 04:03:50 PM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

**DARLINE MICHEL,**

Plaintiff

v.

**COSTCO WHOLESALE CORPORATION,**          GENERAL JURISDICTION

Defendant.                                           CASE NO.:

_____/

## PLAINTIFF'S NOTICE OF SERVING INITIAL INTERROGATORIES TO DEFENDANT, COSTCO WHOLESALE CORPORATION

The Plaintiff, **DARLINE MICHEL,** by and through the undersigned attorney, hereby

gives notice of propounding Plaintiff's Initial Interrogatories upon the Defendant, **COSTCO**

**WHOLESALE CORPORATION** to be answered within forty-five (45) days from the date of

service pursuant to the Florida Rules of Civil Procedure.

I HEREBY CERTIFY that a true and correct copy of the foregoing was attached to the

Complaint and Summons and served to the Defendant, **COSTCO WHOLESALE**

**CORPORATION**.

Dated: August 1st, 2025

**RUBENSTEIN LAW, P.A.**
Attorneys for Plaintiff
9130 S Dadeland Blvd
Miami, Florida 33156
Tel: (305) 661-6000
Fax: (305) 670-7555
Email: sjordi@rubensteinlaw.com
cfernandez@rubensteinlaw.com
eservice@rubensteinlaw.com
By: _/s/ Sofia Jordi_
**Sofia Jordi**
Florida Bar No.: 123702

**PLAINTIFF'S INITIAL INTERROGATORIES TO DEFENDANT, COSTCO WHOLESALE CORPORATION** *(If answering for another person or entity, answer with respect to that person or entity, unless otherwise stated.)*

1.  State the full name, address and position with Defendant of the person answering these interrogatories.

2.  State the full name, address and position with Defendant of the person(s) who was responsible for the inspection, maintenance, and/or cleaning of the area where Plaintiff fell on August 2, 2024.

3.  State whether the Defendant, its agents, servants or employees received any complaints on August 2, 2024, about the condition of the area (including any liquid substance on the floor, debris on the floor, equipment leaking liquid on the floor, etc.) where Plaintiff fell prior to Plaintiff's fall on August 2, 2024. Please provide the full name(s) and address(es) of the person(s) who made the complaint, the date and time of the complaint, and the nature of the complaint.

4.   Please state whether there have been any slip and falls at the store where this incident occurred and in the same general area where this incident occurred during the three years prior to the subject incident? If so, please provide:

(a)   Number of slip and falls?

(b)   Date of each slip and fall?

(c)   Name, address and telephone number of each person who slipped and fell?

(d)   Whether or not the person reported any injuries?

(e)   Identify the substance that was reported to have caused the slip and fall (eg. Water, Juice, etc.)

5.   With respect to each occurrence identified in the preceding question, please state the following:

(a)   Whether Fire Rescue reported to the scene?

(b)   Whether a claim was made against the Defendant?

(c)   Whether a lawsuit was filed, and if so, please provide the case number?

6.   State the full name and address of each eyewitness to all or part of Plaintiff's incident on August 2, 2024.

7.      State the full name, address, and phone number of all persons, including employees, who were at or near the scene of Plaintiff's accident within one (1) hour before the incident on August 2, 2024.

8.      State the full name, address, and phone number of all persons, including employees, who arrived at the accident scene within one (1) hour after Plaintiff's incident on August 2, 2024.

9.      State the full name, address, and phone number of each person(s) who investigated the facts and circumstances of Plaintiff's incident on August 2, 2024 for you or your insurance carrier.

10.     State the full name, address, and phone number of all persons, including employees, who has given or provided a statement concerning Plaintiff's incident on August 2, 2024.

11.     If a report was made by an agent, servant or employee of the Defendant in the ordinary course of business with respect to Plaintiff's incident on August 2, 2024, state full name and address of the person who made the report, the date it was made and in whose custody it is.

12.     State the full name(s) and address(es) of each person(s) who is believed or known by you, your agents or attorneys to have any knowledge concerning any of the issues in this lawsuit and specify the subject matter about which the witness has knowledge.

13.     Describe the frequency and times of inspections of the incident area prior to the incident on August 2, 2024.  State the full name, address, and job title of the person who made the last inspection of the area where the Plaintiff's incident occurred.

14.     State the full name, address, and job title of each employee of the Defendant who responded to Plaintiff's fall on August 2, 2024.

15.     State whether you have within your possession or control photographs of the incident scene as it existed at the time of the Plaintiff's incident on August 2, 2024 or any photographs of Plaintiff on August 2, 2024.  If so, describe any and all such photographs, including the name, address, and job title of the person who took the photographs and the date the photographs were taken.

16.     Give a concise statement of the facts as to how you contend the Plaintiff's incident took place on August 2, 2024.

17.     If you contend that the Plaintiff acted in such manner as to cause or contribute to the incident on August 2, 2024, give a concise statement of the fact upon which you rely.

18. Do you contend that any other person, entity, or corporation acted in such a manner so as to cause or contribute to the Plaintiff's fall on August 2, 2024 as described in the Complaint? If so, please state the full name, address, telephone number of the other person, entity or corporation, and the basis for your contention.

19. Describe any and all policies of insurance which you contend cover you for the allegations set forth in Plaintiff's Complaint, detailing as to such policies the name of the insurance, the number of the policy, the effective dates of the policy, the available limits of liability, and the name and address of the custodian of the policy.

20. Did the Defendant have security cameras operating within the store located at 14800 Sole Mia Way, North Miami, FL 33181, on the date of the subject accident? Additionally, did the Defendant have security cameras operating in the area where Plaintiff's incident on August 2, 2024 took place? If so, did the security cameras capture this incident as it occurred?

21.     If the answer to interrogatory #20 was yes, please provide the complete name and address of the individual who has the most knowledge concerning the operation, maintenance and preservation of the security cameras and security tapes.

22.     If the answer to interrogatory #20 is yes, does Defendant have video recording footage from the day of the Plaintiff's fall on August 2, 2024, of the store and any video which depicts Plaintiff including the two hour period before and after the fall? If so, please provide the name and address of the custodian of the tape. If a period before and after the fall is maintained, state how much time before and after the fall is recorded/maintained. If Defendant had in its possession this tape, but no longer has the tape, please provide the name and address of the individual with the most knowledge concerning what happened to the surveillance tape.

23.     Is the Defendant properly named in the style of the case? If not, please provide the complete and proper name of the corporate defendant and the name and address of the registered agent to allow the Plaintiff to properly serve the corporate Defendant.

_____
AFFIANT

STATE OF FLORIDA        )
COUNTY OF _____ )

BEFORE ME, the undersigned authority, personally appeared _____, who being duly sworn, deposes and says that the answers to Interrogatories attached hereto are true to the best of his/her knowledge, information and belief.

SWORN TO AND SUBSCRIBED before me on this _____ day of _____, 2025.

_____
NOTARY PUBLIC, STATE OF FLORIDA
AT LARGE

My Commission Expires:
Personally known:                    _____
or Produced Identification:        _____
Type of Identification Produced:  _____

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

**DARLINE MICHEL,**

Plaintiff

v.

**COSTCO WHOLESALE CORPORATION,**

Defendant.

GENERAL JURISDICTION
DIVISION

CASE NO.:

_____/

### PLAINTIFF'S  REQUEST FOR PRODUCTION TO
### DEFENDANT, COSTCO WHOLESALE CORPORATION

The Plaintiff, **DARLINE MICHEL,** by and through the undersigned attorneys, hereby

requests the Defendant, **COSTCO WHOLESALE CORPORATION**, produce for inspection

and/or photocopying within forty-five (45) days from the date of service of this request, pursuant

to Fla.R.Civ.P., at RUBENSTEIN LAW, 9130 S. Dadeland Blvd.

Penthouse Suite, Miami, FL 33156, the following:

1.      The employee safety manual or other written document of the Defendant in effect
on August 2, 2024 that discusses, touches, or concerns procedures for preventing and cleaning
foreign substances such as food, liquid, etc., on the floor of its stores.

2.      Any and all policies and/or procedures of the Defendant in effect on August 2, 2024
that discusses, touches, or concerns maintaining surveillance video footage after a slip and fall has
been reported in the Defendant's store.

3.      Any photographs taken by or on behalf of the Defendant that relates to the parties
and/or scene of the alleged occurrence on August 2, 2024.

4.      Any and all statements obtained from any party in this matter concerning any of the
issues in this lawsuit.

5.      Any and all statements obtained from any person concerning any of the issues in
this lawsuit.

6.     Any and all insurance policies that do or may provide coverage for any of Plaintiff's claims, injuries, or damages as described in the Complaint, including umbrella and excess policies.

7.     Any and all surveillance or other video or recording depicting the interior and/or exterior of the **Costco Wholesale,** located 14800 Sole Mia Way, North Miami, 33181, Miami-Dade County, on August 2, 2024, including the two-hour period before the alleged incident and the two-hour period after the alleged incident. This request includes, but is not limited to, footage depicting the incident itself and any footage depicting the Plaintiff.

8.     All records, writings or other written memoranda concerning any other slip and falls at the store where this incident occurred, within the last three (3) years.

9.     All ordinances, regulations, rules, statutes, customs, practices and publications upon which your defenses herein, if any, are based.

10.    A list of the names and addresses (including clock-in/time records) of all employees employed at **Costco Wholesale,** located at 14800 Sole Mia Way, North Miami, FL 33181, Miami-Dade County, on duty on the floor/area where Plaintiff fell on the day of the incident.

11.    Any and all incident reports or accident reports pertaining to the subject incident.

12.    A list of the names and addresses of all individuals and/or entities that were responsible for maintaining the area where Plaintiff fell on the day of the incident.

13.    All checklists, sign-off sheets, log books, etc., that show how frequently the area in question was inspected and/or cleaned on the day of the subject fall, and the one (1) month prior to the incident on August 2, 2024.

14.    A copy of any report created as a result of Plaintiff's incident on August 2, 2024, that was signed and/or filled out by Plaintiff.

15.    A copy of any witness statement, incident report, or other document created as a result of Plaintiff's incident on August 2, 2024.

16.    A map (aerial view) of the Defendant's store located at 14800 Sole Mia Way, North Miami, FL 33181.  identifying the layout of the store as it existed on the date of the incident.

17.    A map of where surveillance cameras are placed within the store on the date of incident and what aisle or aisles the surveillance cameras depict/capture.

18.    Any document, photograph, or video, identified in your answers to interrogatories.

I HEREBY CERTIFY that a true and correct copy of the foregoing was attached to the Complaint and Summons and served to the Defendant, **COSTCO WHOLESALE CORPORATION**.

Dated: August 1st, 2025

**RUBENSTEIN LAW, P.A.**
Attorneys for Plaintiff
9130 S Dadeland Blvd
Miami, Florida 33156
Tel: (305) 661-6000
Fax: (305) 670-7555
Email: sjordi@rubensteinlaw.com
  cfernandez@rubensteinlaw.com
  eservice@rubensteinlaw.com

By: /s/ *Sofia Jordi*
  **Sofia Jordi**
  Florida Bar No.: 123702

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

**DARLINE MICHEL,**

     Plaintiff,

v.

**COSTCO WHOLESALE CORPORATION,**

     Defendant.

GENERAL JURISDICTION
DIVISION

CASE NO.:

_____/

## PLAINTIFF'S REQUEST FOR ADMISSIONS TO DEFENDANT, COSTCO WHOLESALE CORPORATION

The Plaintiff, **DARLINE MICHEL,** by and through the undersigned counsel and pursuant to Rule 1.370, Florida Rules of Civil Procedure, requests that Defendant, **COSTCO WHOLESALE CORPORATION,** admit or deny the following:

1. **COSTCO WHOLESALE CORPORATION** has been properly named in the complaint (i.e. the complaint contains the name of the proper entity to be sued).

2. **COSTCO WHOLESALE CORPORATION** has been properly served with the summons and complaint.

3. This matter has been filed within the statute of limitations.

4. Venue is proper in **Miami-Dade** County, Florida.

5. Plaintiff, **DARLINE MICHEL**, was lawfully on the premises at the time of her slip and fall on August 2, 2024.

6. Plaintiff, **DARLINE MICHEL**, was a business invitee at the time of her slip and fall on August 2, 2024.

7. Plaintiff, **DARLINE MICHEL**, slipped and fell in the **Costco Wholesale**, located at 14800 Sole Mia Way, North Miami, FL 33181, on August 2, 2024.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

8. Plaintiff, **DARLINE MICHEL**, suffered injuries as a result of the fall in the **COSTCO WHOLESALE CORPORATION,** located at 14800 Sole Mia Way, North Miami, 33181, on August 2, 2024.

9. **COSTCO WHOLESALE CORPORATION** was the owner of the premise located at 14800 Sole Mia Way, North Miami, FL 33181.

10. **COSTCO WHOLESALE CORPORATION** was the owner of the property where the premise in question is located.

11. **COSTCO WHOLESALE CORPORATION** has surveillance footage capturing and/or depicting the Plaintiff slipping and falling on August 2, 2024.

12. **COSTCO WHOLESALE CORPORATION** has surveillance footage capturing and/or depicting the Plaintiff at Defendant's premises on August 2, 2024.


I HEREBY CERTIFY that a true and correct copy of the foregoing was attached to the

Complaint and Summons and served to the Defendant, **COSTCO WHOLESALE**

**CORPORATION**.

Dated: August 1st, 2025

**RUBENSTEIN LAW, P.A.**
Attorneys for Plaintiff
9130 S Dadeland Blvd
Miami, Florida 33156
Tel: (305) 661-6000
Fax: (305) 670-7555
Email: sjordi@rubensteinlaw.com
     cfernandez@rubensteinlaw.com
     eservice@rubensteinlaw.com


By: /s/ *Sofia Jordi*
    **Sofia Jordi**
    Florida Bar No.: 123702

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

Filing # 228603761 E-Filed 08/03/2025 11:22:01 AM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

**DARLINE MICHEL,**

      Plaintiff,

v.

**COSTCO WHOLESALE CORPORATION,**

      Defendant.

GENERAL JURISDICTION
DIVISION

CASE NO.: 2025-014877-CA-01

_____/

**SUMMONS**

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

      **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Notice of Serving Interrogatories, Request for Admissions, Request for Production, and Initial Disclosures in this action on Defendant:

**COSTCO WHOLESALE**
**c/o: CT Corporation System**
**1200 South Pine Island Road Suite #250**
**Plantation, FL 33324-4459**

Each Defendant is required to serve written defenses to the Complaint on Plaintiff's Attorney, to wit:

Sofia Jordi, Esquire
**RUBENSTEIN LAW, P.A**
9130 S Dadeland Blvd
Miami, Florida 33156
Tel: (305) 661-6000 / Fax: (305) 670-7555

within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiffs' attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

      DATED ON: on this _____ day of _____, 2025.

Clerk of Said Court

BY:_____
As Deputy Clerk
(Court Seal)

**REJECTED**

## IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court and also, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition. There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

**If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.**

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefónica no lo protegerá.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

**Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).**

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

**Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.**

2

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2025-014877-CA-01
SECTION: CA21
JUDGE: Jason E. Dimitris

**Darline Michel**

Plaintiff(s)

vs.

**COSTCO WHOLESALE CORPORATION**

Defendant(s)

_____ /

## ORDER TO SERVE DEFENDANT

Plaintiff is hereby placed on notice that service of process must be completed on Defendant(s) within the 120-day timeframe required by Rule 1.070 (j), Fla. R. Civ. P. Accordingly, it is hereby:

**ORDERED AND ADJUDGED that** Plaintiff shall serve the Defendant(s) by the 120-day deadline. If Plaintiff is unable to serve by the 120-day deadline, to avoid dismissal by the Court, Plaintiff may file a motion to extend service and Plaintiff must contemporaneously email proof of the filing to the Court at 11thca21@jud11.flcourts.org. The motion must contain proof of the specific details showing good cause and/or excusable neglect for the failure to serve any Defendant(s) and what steps are being undertaken to perfect service.

**Failure to serve in compliance with the Rule will result in dismissal of unserved defendants, or dismissal of the action, on or after the 120th day from the date of filing this Case, without further Notice or Hearing. This is the only Notice Plaintiff will receive.**

Case No: 2025-014877-CA-01                                                                                     Page 1 of 2

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 6<u>th</u> day of August, 2025.

2025-014877-CA-01 08-06-2025 7:00 PM
Hon. Jason E. Dimitris

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**

- Sofia Tarafa Jordi: sjordi@rubensteinlaw.com
- Sofia Tarafa Jordi: eservice@rubensteinlaw.com
- Sofia Tarafa Jordi: cfernandez@rubensteinlaw.com

Filing # 229221760 E-Filed 08/12/2025 11:13:30 AM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

**DARLINE MICHEL,**

      Plaintiff,

v.

  **COSTCO WHOLESALE CORPORATION,**          GENERAL JURISDICTION
                                          DIVISION

     Defendant.

                                               CASE NO.: 2025-014877-CA-01

_____/

**SUMMONS**

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

      **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Notice of Serving Interrogatories, Request for Admissions, Request for Production, and Initial Disclosures in this action on Defendant:

                    **COSTCO WHOLESALE CORPORATION**
                      **c/o: CT Corporation System**
                **1200 South Pine Island Road Suite #250**
                     **Plantation, FL 33324-4459**

Each Defendant is required to serve written defenses to the Complaint on Plaintiff's Attorney, to wit:

                          Sofia Jordi, Esquire
                      **RUBENSTEIN LAW, P.A**
                        9130 S Dadeland Blvd
                       Miami, Florida 33156
             Tel: (305) 661-6000 / Fax: (305) 670-7555

within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiffs' attorney or immediately thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

      DATED ON:  on this _____ day of _____, 2025.

                                  Clerk of Said Court

                                  BY:_____
                                     As Deputy Clerk
                               (Court Seal)

NOT AN OFFICIAL COPY - PUBLIC ACCESS

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court and also, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

**If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

**Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).**

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

**Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.**

2

Filing # 229221760 E-Filed 08/12/2025 11:13:30 AM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

**DARLINE MICHEL,**

     Plaintiff,

v.

**COSTCO WHOLESALE CORPORATION,**

     Defendant.

GENERAL JURISDICTION
DIVISION

CASE NO.: 2025-014877-CA-01

_____ /

**SUMMONS**

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

     **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Notice of Serving Interrogatories, Request for Admissions, Request for Production, and Initial Disclosures in this action on Defendant:

**COSTCO WHOLESALE CORPORATION**
**c/o: CT Corporation System**
**1200 South Pine Island Road Suite #250**
**Plantation, FL 33324-4459**

Each Defendant is required to serve written defenses to the Complaint on Plaintiff's Attorney, to wit:

Sofia Jordi, Esquire
**RUBENSTEIN LAW, P.A**
9130 S Dadeland Blvd
Miami, Florida 33156
Tel: (305) 661-6000 / Fax: (305) 670-7555

within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiffs' attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

8/13/2025

     DATED ON:  on this _____ day of _____, 2025.

Clerk of Said Court

BY:_____
     As Deputy Clerk
(Court Seal)

38084

## IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court and also, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition. There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

**If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.**

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefónica no lo protegerá.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

**Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).**

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

**Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.**

Filing # 229494005 E-Filed 08/13/2025 09:21:55 AM

# RETURN OF SERVICE

**State of Florida**          **County of Miami-Dade**          **Circuit Court**

Case Number: 2025-014877-CA-01

Plaintiff:
**DARLINE MICHEL,**

vs.

Defendant:
**COSTCO WHOLESALE CORPORATION,**

For:
SOFIA JORDI
RUBENSTEIN LAW, P.A. (MIAMI)
9130 S. DADELAND BLVD.
PH
MIAMI, FL 33156

Received by Jacqueline Garcia on the 13th day of August, 2025 at 10:45 am to be served on **COSTCO WHOLESALE CORPORATION C/O: CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, SUITE # 250, PLANTATION, FL 33324.**

I, Jacqueline Garcia, do hereby affirm that on the **13th day of August, 2025** at **12:15 pm, I:**

served a **CORPORATION, LLC, PARTNERSHIP OR BUSINESS ORGANIZATION** by delivering a true copy of the **Summons, Complaint For Damages And Demand For Jury Trial, Interrogatories, Request For Production, Request For Admissions AND Initial Discovery Disclosures** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** as **SR CORP OPS MGR FOR R/A** for **COSTCO WHOLESALE CORPORATION**, at the address of: **1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55+, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 145, Hair: Brown, Glasses: N

Under penalty of perjury, I swear or affirm, pursuant to Fla. Stat 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.

**Jacqueline Garcia**
SPS #1449

**Executive Express Courier & Process Services**
4460 NW 73 AVE
MIAMI, FL 33166
(305) 371-0292

Our Job Serial Number: JRT-2025072859
Ref: 606651 MICHEL VS COSTCO

Copyright © 1992-2025 DreamBuilt Software Inc - Process Server's Toolbox V9 0a

Filing # 229221760 E-Filed 08/12/2025 11:13:30 AM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

**DARLINE MICHEL,**

    Plaintiff,

v.

**COSTCO WHOLESALE CORPORATION,**

    Defendant.

GENERAL JURISDICTION
DIVISION

CASE NO.: 2025-014877-CA-01

_____ /

**SUMMONS**

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Notice of Serving Interrogatories, Request for Admissions, Request for Production, and Initial Disclosures in this action on Defendant:

**COSTCO WHOLESALE CORPORATION**
**c/o: CT Corporation System**
**1200 South Pine Island Road Suite #250**
**Plantation, FL 33324-4459**

Each Defendant is required to serve written defenses to the Complaint on Plaintiff's Attorney, to wit:

Sofia Jordi, Esquire
**RUBENSTEIN LAW, P.A**
9130 S Dadeland Blvd
Miami, Florida 33156
Tel: (305) 661-6000 / Fax: (305) 670-7555

within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiffs' attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

8/13/2025

DATED ON: on this _____ day of _____, 2025.

Clerk of Said Court

BY:_____
    As Deputy Clerk
(Court Seal)

38084

123664-4

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

DARLINE MICHEL,                           CIRCUIT CIVIL DIVISION

      Plaintiff,                         CASE NO. 2025-014877-CA-01

v.

COSTCO WHOLESALE
CORPORATION,

      Defendant.

_____/

## NOTICE OF APPEARANCE

PLEASE take notice that Jaime J. Baca, Esquire of the law firm of Wicker Smith O'Hara McCoy & Ford, P.A., enter an appearance in the above-style case on behalf of Defendant, COSTCO WHOLESALE CORPORATION.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy hereof has been electronically served via Florida ePortal to: Sofia Jordi, Esquire, RUBENSTEIN LAW, P.A., *Attorneys for Plaintiff,* sjordi@rubensteinlaw.com; cfernandez@rubensteinlaw.com; eservice@rubensteinlaw.com; on this 20th day of August 2025.

/s/ *Jaime J. Baca*
Jaime J. Baca, Esquire
Florida Bar No. 113859
WICKER SMITH O'HARA MCCOY & FORD, P.A.
Attorneys for Defendant
2800 Ponce de Leon Blvd., Suite 800
Coral Gables, FL  33134
Phone: (305) 448-3939
Fax: (305) 441-1745
MIAcrtpleadings@wickersmith.com

Filing # 230695679 E-Filed 09/02/2025 07:47:37 PM

123664-4

### IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
### IN AND FOR MIAMI-DADE COUNTY, FLORIDA

DARLINE MICHEL,                                    CIRCUIT CIVIL DIVISION

      Plaintiff,                                    CASE NO. 2025-014877-CA-01

v.

COSTCO WHOLESALE
CORPORATION,

      Defendant.

_____/

## DEFENDANT'S NOTICE OF FILING REMOVAL TO FEDERAL COURT

Defendant, COSTCO WHOLESALE CORPORATION ("Costco"), by and through the undersigned counsel, hereby provides notice that a Notice of Removal in the above-styled civil action has been filed with the Clerk of Court for the United States District Court for the Southern District of Florida. A true and correct copy of the Notice of Removal is attached hereto as an exhibit and is being filed herewith pursuant to 28 U.S.C. sections 1331 and 1441, which provides that upon removal "the state court shall proceed no further unless and until the case is remanded." *Id.* § 1441(d).

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy hereof has been electronically served via Florida ePortal to: Sofia Jordi, Esq; sjordi@rubensteinlaw.com; cfernandez@rubensteinlaw.com eservice@rubensteinlaw.com; on this 2nd day of September 2025.

                           */s/ Jaime J. Baca*
                           Jaime J. Baca, Esquire
                           Florida Bar No. 113859
                           WICKER SMITH O'HARA MCCOY & FORD,P.A.
                           Attorneys for  Costco Wholesale Corporation
                           2800 Ponce de Leon Blvd., Suite 800
                           Coral Gables, FL  33134
                           Phone: (305) 448-3939, Fax: (305) 441-1745
                           JJBcrtpleadings@wickersmith.com
                           mbrito@wickersmith.com
                           SMattig@wickersmith.com